# United States District Court for the Middle District of Pennsylvania

**United States of America**

vs.

**Karen M. Reed**

CASE NO. 1:22-CV-01306-SES

**AFFIDAVIT OF SERVICE**

Commonwealth of Pennsylvania
County of Dauphin  ss:

I, **Chad Spotts**, a competent adult, being duly sworn according to law, depose and say that at **12:15 PM** on **09/30/2022**, I served **Karen M. Reed** at **138 Juniata Parkway East, Newport, PA 17074** in the manner described below:

- [x] **Defendant(s) personally served.**
- [ ] Adult family member with whom said Defendant(s) reside(s). Relationship is _____.
- [ ] Adult in charge of Defendant(s) residence who refused to give name and/or relationship.
- [ ] Manager/Clerk of place of lodging in which Defendant(s) reside(s).
- [ ] Agent or person in charge of Defendant's office or usual place of business.
- [ ] _____ an officer of said Defendant's company.
- [ ] Other:

a true and correct copy of **Summons in a Civil Action; Civil Cover Sheet; Complaint; Exhibits** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **45** Hair: **Red** Height: **5ft 08in** Weight: **170 lbs**

Sworn to and subscribed before me this
4th day of October, 2022.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2026
Commission number 1151303
Member, Pennsylvania Association of Notaries

X_____
Chad Spotts
ProVest, Inc. - Tampa
7702 Woodland Center, Suite 100
Tampa, FL 33614
(813) 877-2844
Atty File#: - Our File#:

