**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA
                         Plaintiff

         v.                                                     Civil Action No:  1:22-cv-01306

KAREN M. REED
                         Defendant

## DEFAULT

    AND NOW, this __31st___ day of __October__, 2022, default is hereby entered against

Defendant, KAREN M. REED for failure to answer, plead or otherwise defend against the Complaint,

pursuant to Federal Rule of Civil Procedure 55(a).


                                        Peter J. Welsh
                                        _____
                                        Clerk, U.S. District Court


                                        Paula Rowe
                                        _____
                                        Deputy Clerk